IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 28 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02120-OES

JOHN R. SEAGROVE,

    Applicant,

v.

AL ESTEP, Warden, and
JOE ORTIZ, Executive Director of Colorado Department of Corrections,

    Respondents.

---

### ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant John R. Seagrove is a prisoner in the custody of the Colorado Department of Corrections (DOC) at the Limon Correctional Facility at Limon, Colorado. Mr. Seagrove has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court must construe the application liberally because Mr. Seagrove is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Seagrove will be ordered to file an amended application.

Mr. Seagrove is challenging the computation of his prison sentence. He alleges that the DOC "computed his reincarceration after a parole violation inconsistently with the direction of the Parole Board and contrary to C.R.S. 17-22.5-303(4)." (App. for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 at 2.) However, Mr. Seagrove fails to assert specific facts in support of his claim. He does not allege when the DOC

calculated his sentence improperly, what his sentence is based on the DOC's calculation, or what he believes his sentence should be if it is calculated properly. Mr. Seagrove must allege specific facts to support his claim. Therefore, he will be ordered to file an amended application.

Finally, in addition to alleging specific facts in support of his claim, Mr. Seagrove also must allege in the amended application when he sought relief in the Colorado Supreme Court and when his request for such relief was denied. Accordingly, it is

ORDERED that Mr. Seagrove file **within thirty (30) days from the date of this order** an amended habeas corpus application that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Seagrove, together with a copy of this order, one copy of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if Mr. Seagrove fails within the time allowed to file an amended application as directed, the application will be denied and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 28 day of October, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02120-OES

John R. Seagrove
Prisoner No. 75098
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 10/28/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk