IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-02120-ZLW

JOHN R. SEAGROVE,

       Applicant,

v.

AL ESTEP, Warden,
JOE ORTIZ, Executive Director of Colorado Department of Corrections,

       Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

       This Court, in the above entitled proceedings, has rendered an Order denying applicant's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and dismissing the case. The Court has reviewed the record which conclusively shows that applicant is entitled to no relief. The reasons stated in the Order and Judgment of Dismissal filed January 6, 2006, are incorporated herein by reference as though fully set forth. Accordingly, the Court finds that a certificate of appealability should not issue because applicant has not made a substantial showing of the denial of a constitutional right. It is, therefore,

       ORDERED that no certificate of appealability will issue.

       DATED at Denver, Colorado this   14   day of  February , 2006.

       BY THE COURT:

       *[signature]*
       ZITA L. WEINSHIENK, Senior Judge
       United States District Court